**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
THEODORE ROOSEVELT BROWN, JR.

                   Plaintiff,                           19 **CIVIL** 4935 (VEC) (KNF)

          -against-                           **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                   Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated July 10, 2020, Plaintiff's motion for judgment on the pleadings is granted; Defendant's cross-motion for judgment on the pleadings is denied; this case is remanded for further proceedings consistent with Judge Fox's Report and Recommendation; because the R&R gave the parties adequate warning, see R&R at 16, Defendant's failure to file adequate objections to the R&R precludes appellate review of this decision; accordingly, this case is closed.

**Dated:**  New York, New York
          July 13, 2020

                                                     **RUBY J. KRAJICK**
                                                     _____
                                                        **Clerk of Court**
                                      **BY:**
                                                        **Deputy Clerk**